UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, § § § Plaintiff, § VS. § TABULA RASA HEALTHCARE GROUP, § INC.; dba SINFONIARX, § § Defendants. § | CIVIL ACTION NO. 4:20-CV-4066 |

## ORDER OF DISMISSAL

In accordance with the Plaintiff, RADLEY BRADFORDS, Notice of Voluntary Dismissal, this action is DISMISSED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her individual claims against Defendant, TABULA RASA HEALTHCARE GROUP, INC. d/b/a SINFONIARX, with prejudice. Pursuant to Fed. R. Civ. P. 23(e), the class claims are dismissed without prejudice. Each party to bear its own attorney's fees and cost.

SIGNED at Houston, Texas, this  29th  day of January, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE